DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYSON HUMBERTO GARCIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1842

_____

September 27, 2023

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.